UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOUIS WHITEHEAD,

                Plaintiff,

-against-

THE WALT DISNEY COMPANY, et al.,

                Defendants.

24-CV-2283 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 24-CV-2283 (LTS). No summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.[1]

    Plaintiff's motion for an extension of time to pay the filing fee is denied, and the Court directs the Clerk of Court to terminate the motion (ECF 2).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] The Court has previously described Plaintiff's history of vexatious litigation, which has caused multiple courts to impose leave-to-file restrictions. *See Whitehead v. Netflix*, No. 22-CV-0883 (LTS) (S.D.N.Y. July 27, 2022) (collecting cases).

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

  SO ORDERED.

Dated:
  New York, New York

           /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
           Chief United States District Judge