UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

DAVID LOUIS WHITEHEAD,

      PLAINTIFF,

V.                    CASE No. 24-cv-2283 (MMG)

THE WALT DISNEY COMPANY; HULU;

NATIONAL GEOGRAPHIC CORPORATION,

      DEFENDANTS.

MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION FOR RECONSIDERATION TO GRANT INJUNCTIVE RELIEF APPOINTING A MASTER TO INVESTIGATE

Comes Now Plaintiff David Whitehead with his MOTION TO STAY PROCEEDINGS PENDING THE COURT'S RULING ON MOTION FOR RECONSIDERATION TO GRANT INJUNCTIVE RELIEF APPOINTING A MASTER TO INVESTIGATE matter associated with Attorney William Hughey (material witness), Amazon Books, Xlibris Publishers, Barnes and Noble and others on sales of plaintiff's copyrighted work within Musicals on the Stars and The Fight: Prince v. Michael Jackson.

Opposing counsels were not available to consent to the motion. Defendants have not yet been served complaint.

---

Application DENIED. Plaintiff's motion to stay the proceedings pending a ruling on his motion for reconsideration is DENIED, as the motion for reconsideration has already been denied by this Court (*see* Dkt. No. 18) and there is no motion for reconsideration pending before this Court. The Clerk of Court is respectfully directed to terminate Dkt. No. 20 and mail a copy of this Order to Plaintiff.

SO ORDERED. Dated September 4, 2024.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

1