**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAVID LOUIS WHITEHEAD,

                        Plaintiff,　　　　　　　　　**ORDER**

                -against-　　　　　　　　　　**24-CV-2283 (MMG) (JW)**

THE WALT DISNEY COMPANY, HULU,
and NATIONAL GEOGRAPHIC
CORPORATION,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Parties are ordered to attend a status conference via Microsoft Teams on **March 26, 2025 at 10:00 AM**. Plaintiff has until **March 21, 2025** to notify this Court via mail or email at <u>WillisNYSDChambers@nysd.uscourts.gov</u> whether Plaintiff has the technology necessary to appear by video at the conference. If Plaintiff's video-attendance is confirmed, the Court shall provide the Parties with a Microsoft Teams link in advance of the conference.

    In the event Plaintiff cannot appear by video, the Parties are directed to call the court's telephone conference line at the scheduled time. **Please dial +1 646-453-4442 and enter passcode: 500848315#.** The Parties should arrive prepared to discuss the motion to stay any non-dispositive motions, Plaintiff's motion for sanctions related to alleged discovery violations, and Plaintiff's motions to supplement. <u>See</u> Dkt. Nos. 86, 92, 93, 94.

    SO ORDERED.

DATED:　　New York, New York

February 26, 2025

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge