```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOUIS WHITEHEAD,

                    Plaintiff,

-against-

THE WALT DISNEY COMPANY, et al.,

                    Defendants.

24-CV-02283 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On April 22, 2025, Judge Willis granted Defendants' motion to hold all non-dispositive motions in abeyance pending the resolution of Defendants' motion to dismiss, and denied various non-dispositive motions filed by Plaintiff, which fell under her purview in light of the referral of all general pre-trial matters to her. *See* Dkt. No. 132.

      For substantially the reasons stated in Judge Willis' order granting Defendants' motion to hold all non-dispositive motions in abeyance, it is hereby ORDERED that all non-dispositive motions filed by Plaintiff, including Dkt. Nos. 93, 94, 101, 102, 103, 123, and 126, which fall under the undersigned's jurisdiction shall also be held in abeyance, pending the resolution of Defendants' motion to dismiss. Any additional motions filed by Plaintiff prior to the resolution of Defendants' pending motion to dismiss will be summarily denied, unless they seek relief that is necessarily time-sensitive and they appear on their fact to be potentially meritorious. Accordingly, Defendants need not respond to any additional motions filed by Plaintiff during this period unless the Court directs them to respond.

Dated: April 23, 2025
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge