**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID LOUIS WHITEHEAD,

                Plaintiff,                24 **CIVIL** 2283 (MMG)

       -against-                          **<u>JUDGMENT</u>**

THE WALT DISNEY CO., ET AL.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 27, 2025, the foregoing reasons, the R&R is ADOPTED IN FULL. The motion to dismiss is GRANTED, and the Complaint is DISMISSED WITH PREJUDICE. From the date of this Opinion and Order, Plaintiff David Louis Whitehead is barred from filing in any United States district court any action, motion, petition, complaint, or request for relief against The Walt Disney Company; Hulu, LLC; or National Geographic Partners, LLC (collectively, "Defendants") that relates to or arises from allegations that the "Genius Aretha" series infringed Plaintiff's works, without first obtaining leave from this Court. Any motion for leave must include the caption "Request for Permission to File under Filing Injunction" and must be submitted to the Pro Se Intake Unit of this Court along with Plaintiff's proposed submission(s). If Plaintiff violates this Opinion and Order and files any materials without first obtaining leave to file, any request will be denied for failure to comply with this Opinion and Order, and Plaintiff may be subject to sanctions, including monetary penalties or contempt. See, e.g., Kaul, 2022 WL 4133427, at *9. This anti-filing injunction does not preclude

Case 1:24-cv-02283-MMG-JW    Document 165    Filed 08/27/25    Page 2 of 2

Plaintiff from filing an appeal to the Second Circuit Court of Appeals from this Opinion and Order. Accordingly, the case is closed.

**Dated:** New York, New York
August 27, 2025

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

**BY:** _____
                **Deputy Clerk**