# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

September 8, 2025

*By Electronic Filing*

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Whitehead v. The Walt Disney Company*, et al., No. 24 Civ. 2283 (MMG)

Dear Judge Garnett:

We represent Defendants The Walt Disney Company, Hulu, and National Geographic Corporation ("Defendants") in the above-captioned matter. On September 6, 2025, Plaintiff David Whitehead ("Plaintiff") emailed the *Pro Se* office and the undersigned a copy of a notice of appeal regarding this Court's August 27, 2025 order granting Defendants' motion to dismiss. We write pursuant to Rule III(B)(5) of this Court's Individual Rules & Practices and Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure to request that the deadline for Defendants to file a motion for attorneys' fees, currently September 10, 2025, be extended to a date 30 days after the final disposition of this appeal.

Counsel for Defendants conferred with Plaintiff, who initially consented to an extension. He subsequently called back after apparently changing his mind and stated that he does not consent because Defendants "cannot recover on fraud on the court" and believes Defendants should go on the record with what they believe they are owed. In Defendants' view, an extension will avoid motion practice which will be superseded by either potential outcome of the appeal. Defendants have not previously sought an adjournment or extension of this deadline. The parties do not currently have any scheduled appearance before this Court, and there are no other existing deadlines.

Thank you for your consideration of this request.

Hon. Margaret M. Garnett
September 8, 2025
Page 2

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc:  David Louis Whitehead (via ECF)

> GRANTED IN PART. No notice of appeal has yet been filed with the Court. Accordingly, the Court hereby EXTENDS Defendants' deadline to move for attorneys' fees until **30 days after** Plaintiff's time to appeal expires **or, if an appeal is filed,** the Court of Appeals enters a final judgment resolving an appeal from a decision of this Court. The Clerk of Court is respectfully directed to terminate Dkt. No. 166.
>
> SO ORDERED. Dated September 9, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE